# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Linda M. Harrison, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00108-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2016 Order.

July 11, 2016

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court